# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT M. WILSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN STERLING BANK et al., ) <br> ) <br> Defendants. ) <br> ) | 3:11-cv-00766-RCJ-WGC <br><br> **ORDER** |

This closed case arose out of the foreclosure of a residential mortgage.  The Court previously signed Defendants' proposed order expunging a lis pendens.  Defendants have filed a renewed motion, noting that the previous proposed order identified the wrong county.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Expunge Lis Pendens (ECF No. 26) is GRANTED, and the lis pendens recorded as Document No. 4040026 in the Washoe County Recorder's Office is EXPUNGED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge

1 of 1